# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| RALPH M. LEWIS, | |
| Plaintiff, | No. C14-0065 |
| vs. | |
| NEXTERA ENERGY DUANE ARNOLD, LLC, | |
| Defendant. | |
| CAROL RAMMELSBERG, | |
| Plaintiff, | No. C14-0066 |
| vs. | |
| NEXTERA ENERGY DUANE ARNOLD, LLC, | |
| Defendant. | |
| ROBERT SCHLUETER, | |
| Plaintiff, | No. C14-0067 |
| vs. | |
| NEXTERA ENERGY DUANE ARNOLD, LLC, | |
| Defendant. | |

---------------------------------------------------

BILLIE SPENCE,

       Plaintiff,

vs.

NEXTERA ENERGY DUANE
ARNOLD, LLC,

       Defendant.

No. C14-0068

---------------------------------------------------

BOBBY STOUT,

       Plaintiff,

vs.

NEXTERA ENERGY DUANE
ARNOLD, LLC,

       Defendant.

No. C14-0069

---------------------------------------------------

JAMES BECKER,

       Plaintiff,

vs.

NEXTERA ENERGY DUANE
ARNOLD, LLC,

       Defendant.

No. C14-0070

---------------------------------------------------

LARRY GOSNELL,

       Plaintiff,

vs.

NEXTERA ENERGY DUANE
ARNOLD, LLC,

       Defendant.

No. C14-0071

**ORDER GRANTING MOTION TO
CONSOLIDATE**

These matters come before the Court on the Unopposed Motion[s] to Consolidate and Motion[s] to Extend Time (docket number 7 in each case) filed by the Defendant on June 3, 2014. Defendant NextEra Energy Duane Arnold, LLC asks that these cases be consolidated and that the time for filing a responsive pleading to Plaintiffs' Complaints be extended. According to the motions, counsel for Plaintiffs "does not oppose [the] Motion[s]." Because each Plaintiff shares the same attorney and is bringing the same claim against Defendant NextEra Energy Duane Arnold, LLC, and because Defendant's attorney is the same in each case, the Court finds the motions should be granted.

### ORDER

IT IS THEREFORE ORDERED that the Unopposed Motions to Consolidate and to Extend Time (docket number 7 in each case) filed by the Defendant is **GRANTED** as follows:

1.      These cases shall be consolidated for pretrial and trial purposes. Following this Order, all further filings shall be captioned as follows: RALPH M. LEWIS, CAROL RAMMELSBERG, ROBERT SCHLUETER, BILLIE SPENCE, BOBBY STOUT, JAMES BECKER and LARRY GOSNELL, Plaintiffs, vs. NEXTERA ENERGY DUANE ARNOLD, LLC, Defendant, and filed in 14-cv-0065.

2.      The request for extension of time is **GRANTED**. The deadline for Defendant to file an answer to Plaintiffs' complaints is hereby **EXTENDED** to **June 14, 2014.**

DATED this 3rd day of June, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA

3